# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
11:48 am May 02 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Phillip Hurt | ) | Case No. 1:24 MJ 4076 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 22, 2024, through May 1, 2024  in the county of  Cuyahoga  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) | Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl, and Attempted Possession with Intent to Distribute and Distribution of Fentanyl |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Myrick Dennis, Postal Inspector, USPIS
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 05-02-2024

*Judge's signature*

City and state:  Cleveland, Ohio      Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*