AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Phillip Hurt | ) Case No. 1:24 MJ 4076 |
| | ) |
| Defendant | ) |

FILED
MAY 03 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Phillip Hurt,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 (Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl), and 841(a)(1) (Attempted Possession with Intent to Distribute and Distribution of Fentanyl)

Date: 05-02-2024

*Issuing officer's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/2/24, and the person was arrested on *(date)* 5/2/24
at *(city and state)* Cleveland, OH.

Date: 5/2/24

*Arresting officer's signature*

Postal Inspector Mynt Dennis
*Printed name and title*