AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | ) | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Phillip Hurt | ) | Case No. 1:24-mj-04076 |
| | ) | |
| Defendant | ) | |

FILED
MAY - 6 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5-6-24

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

JOSEPH P. MORSE    0073298
Printed name and bar number of defendant's attorney

323 W. LAKESIDE SUITE 200
Address of defendant's attorney

JPMORSE-LPA.COM
E-mail address of defendant's attorney

(216) 241-0520
Telephone number of defendant's attorney

(216) 241-6961
FAX number of defendant's attorney