

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-mj-04076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| Phillip Hurt, | ) | **WAIVER OF DETENTION HEARING** |
| Defendant. | ) | **AND ORDER** |
| | ) | |
| | ) | |

Phillip Hurt, the above-named defendant, accused of having violated United States Codes: 21:846, 841(a)(1) - Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl, and Attempted Possession with Intent to Distribute and Distribution of Fentanyl, advised of the nature of the charge and of their rights, and under advice of counsel, waives their right to a detention hearing and consents that they be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change pursuant to 18 USC 3142 (f)(2)(B).

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

_____
Jonathan D. Greenberg
United States Magistrate Judge