IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24MJ4076 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| PHILLIP HURT, | ) | EXTEND TIME FOR RETURNING |
| | ) | INDICTMENT |
| Defendant. | | |

The United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Colleen Egan Name, Assistant U.S. Attorney, respectfully moves this Court to extend the time for filing an information or indictment until July 12, 2024, for the reasons set forth in the attached Memorandum.

                                                                                      Respectfully submitted,

                                                                                      REBECCA C. LUTZKO
                                                                                      United States Attorney

                             By:   /s/ Colleen Egan
                                      Colleen Egan (OH: 0083961)
                                      Assistant United States Attorney
                                      United States Court House
                                      801 West Superior Avenue, Suite 400
                                      Cleveland, OH 44113
                                      (216) 622-3758
                                      (216)522-7499 (facsimile)
                                      Colleen.Egan@usdoj.gov

MEMORANDUM

A.

On May 2, 2024, a criminal complaint (Case No. 1:24MJ4076) was filed against defendant, Phillip Hurt, charging the defendant with violations of federal law. The defendant appeared before this United States Magistrate Judge on May 2, 2024, after having been arrested pursuant to the complaint. On May 6, 2024, the defendant waived a detention hearing and was ordered detained.

B.

Title 18, Section 3161 of the United States Code provides that an "information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges." 18 U.S.C. § 3161(b). In the instant prosecution, the 30-day period would appear to expire on or about June 1, 2024.

The government submits that a limited extension of the time for filing an information or indictment will serve the ends of justice by affording the parties a meaningful opportunity to explore possible resolution. The government is still in the process of reviewing the evidence; the results of which will play a significant role in the charging decision made by the government. It is anticipated that the parties will use the proposed extension of time to ascertain all of the relevant facts, which if accomplished, will serve the interests of justice by potentially rendering grand jury presentation and/or a trial more complete or unnecessary. See United States v. Fields, 39 F.3d 439, 445-46 (3d Cir. 1994) (approving "ends of justice" continuance to allow negotiations to continue). See also United States v. Lewis, 980 F.2d 555 (9th Cir. 1992). If grand jury presentment proves necessary, the proposed extension of time will serve the ends of

justice and promote efficiency by allowing the grand jury panel to consider a full panoply of potential charges.

Undersigned government counsel has spoken with Joseph P. Morse, counsel for defendant, concerning this matter, and is advised that the defense has no objection to the proposed continuance. The defendant and Joseph P. Morse have executed a Speedy Trial waiver which is attached for the court's consideration.

For all of the foregoing reasons, the government, pursuant to 18 U.S.C. § 3161(h)(7)(A), respectfully moves this Court to extend the time for filing an information or indictment from on or about June 1, 2024, to July 12, 2024, and to enter a finding under that section that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:   /s/ Colleen Egan
    Colleen Egan (OH: 0083961)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3758
    (216)522-7499 (facsimile)
    Colleen.Egan@usdoj.gov