FILED
MAY 31 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24MJ4076 |
| Plaintiff, | ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| v. | ) ) | |
| PHILLIP HURT, | ) ) | WAIVER OF TIME TO INDICT |
| Defendant. | ) | |

I, Phillip Hurt, have discussed with my attorney that I am entitled to have a federal grand jury consider and vote upon a return of an indictment in the above-referenced matter within 30 days.

With full knowledge and understanding thereof, and deeming it in my best interest to fully explore negotiations with the government, I hereby waive the provisions of Title 18, United States Code, Sections 3161(b) until July 12, 2024, except that, in the event I cause to be served upon the United States Attorney's Office for the Northern District of Ohio, a written demand of indictment, the 30-day period of return of an indictment shall commence as of the date of service.

_____
Colleen Egan
Assistant U.S. Attorney

_____
Joseph P. Morse
Counsel for Defendant

_____
Phillip Hurt
Defendant

_____
JONATHAN D. GREENBERG
United States Magistrate Judge