IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Case No. 1:24-mj-04076 |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBURG |
| | ) | |
| PHILLIP HURT, | ) | **NOTICE OF APPERANCE** |
| Defendant | ) | |

    Now come Attorney Kimberly Kendall who hereby enters her notice of appearance as counsel of record in the above captioned case and request that all notices, dates, motions and so forth be sent to the address below.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (#0089866)
3311 Perkins Avenue Suite 205
Cleveland, Ohio 44114
Office: 216-401-3167
kkc@kimlawcrimlaw.com

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 10th day of June, 2024 to all parties via the courts electronic filing system.

*/s/ Kimberly Kendall*
Counsel for Defendant