IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Case No. 1:24-mj-04076 |
| | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBURG |
| | ) | |
| PHILLIP HURT, | ) | **MOTION FOR BILL OF** |
| Defendant | ) | **PARTICULARS** |

Now comes the defendant, PHILLIP HURT, by and through undersigned counsel, and moves this Honorable Court, pursuant to Rule 7(E) of the Ohio Rules of Criminal Procedure and the Sixth and Fourteenth Amendments of the United States Constitution, to order the prosecuting attorney to furnish a Bill of Particulars to contain the following information:

1. The specific phrase or provision of each of the statutes which the state alleges were violated by the conduct of the defendant.

2. The date, time and specific place on which each offense alleged by the state is alleged to have occurred.

3. The specific acts, conduct, methods or means by which the crime is alleged to have been committed.

4. The names of any and all other persons alleged to have acted together with the defendant in violation of the statutory provision described in Bill of Particular Number One.

5. If the defendant is alleged to have acted in concert with others, the specific act which the state alleges the defendant committed which acted to further the common scheme, plan or design in violation of the alleged applicable statutory provisions.

The failure to provide the defendant with the above requested information would be in violation of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

                                      Respectfully submitted,

                                      */s/ Kimberly Kendall*
                                      Kimberly Kendall (#0089866)
                                      3311 Perkins Avenue Suite 205
                                      Cleveland, Ohio 44114
                                      Office: 216-401-3167
                                      kkc@kimlawcrimlaw.com

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 10th day of June, 2024 to all parties via the courts electronic filing system.

*/s/ Kimberly Kendall*
Counsel for Defendant