IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

JUL 10 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:24 CR 00248** |
| v. | ) | CASE NO._____ |
| | ) | Title 21, United States Code, |
| PHILLIP HURT, | ) | Section 841(a)(1), 841(b)(1)(A), |
| | ) | and 846 |
| Defendant. | ) | **JUDGE BRENNAN** |

COUNT 1
(Attempted Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and
846)

The Grand Jury charges:

1.      On or about May 1, 2024, in the Northern District of Ohio, Eastern Division,

Defendant PHILLIP HURT did knowingly and intentionally attempt to possess with the intent to

distribute 400 grams or more of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1), (b)(1)(A), and 846.

FORFEITURE

The Grand Jury further charges:

2.  The allegations contained in Count 1 of this Indictment are hereby re-alleged and

incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant

to the provisions of Title 21, United States Code, Section 853.  As a result of this offense,

Defendant PHILLIP HURT shall forfeit to the United States: any and all property constituting, or

derived from, any proceeds he obtained, directly or indirectly, as the result of the offense; and,

any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.