IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | Case No. 1:24cr00248 |
| | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JAMES E. GRIMES JR |
| | ) | |
| PHILLIP HURT, | ) | **MOTION TO CONTINUE** |
|     Defendant | ) | **ARRAIGNMENT** |

Now comes the defendant, PHILLIP HURT, by and through undersigned counsel, and moves this Honorable Court, to grant a brief continuance for arraignment currently scheduled at 10 am on the 15th of July, 2024. Undersigned is currently scheduled for Oral Argument in the Eighth District Court of Appeals for CA-23-113356 on the 15th day of July at 10am. The entry of that oral argument by the Court of Appeals was docketed on the 4th day of June, 2024 and notice subsequently mailed. Undersigned is available after 11am on the 15th day of July, 2024. This motion is not made for the purpose of delay.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (#0089866)
3311 Perkins Avenue Suite 205
Cleveland, Ohio 44114
Office: 216-401-3167
kkc@kimlawcrimlaw.com

CERTIFICATE OF SERVICE

A true copy of the foregoing was served this 15th day of July, 2024 to all parties via the courts electronic filing system.

*/s/ Kimberly Kendall*
Counsel for Defendant