IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Case No. 1:24-cr-00248-BMB-1 |
| | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| | ) | |
| PHILLIP HURT, | ) | **DEMAND FOR DISCOVERY** |
| Defendant | ) | |

The undersigned counsel hereby makes a demand for discovery pursuant to Crim. R. 16 for the following information in the possession of the Government:

1. Any statement of Defendant or co-defendant(s) in any format including but not limited to: recorded, written, or oral videos, transcripts, summaries, testimony, documents;

2. Any statement made by any witness in any format including but not limited to: recorded, written, or oral; made in connection with this above captioned matter that addresses the guilt, innocence, or punishment of Defendant; including but not limited to statements of witnesses that spoke with police officers or any other agent of the State;

3. A copy of Defendant's prior record, including but not limited to any criminal, traffic, or juvenile offense;

4. A copy of the co-defendant's prior record, including but not limited to any criminal, traffic, or juvenile offense;

5. Any and add books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, available to or within the possession, custody or control of the state, and which are material to the preparation of his defense, or are intended for use by the prosecuting attorney as evidence at the trial, or were obtained from or belong to Defendant, including but not limited to:

6. Any and all results or reports of physical or mental examinations, and of scientific tests or experiments, made in connection with the particular case, or copies thereof, available to or within the possession, custody or control of the state, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney, including but not limited to:

7. A written list of the names and addresses of all witnesses whom the prosecuting attorney intends to call at trial, together with any record of prior felony convictions of any such witness, which record is within the knowledge of the prosecuting attorney;

8. Any and all reports from peace officers, the Ohio State Highway Patrol, and/or federal law enforcement agents pertaining to this matter or which otherwise pertain to the material guilt or punishment of Defendant;

9. Any and all evidence, known or which may become known to the prosecuting attorney, even if not specifically listed herein, favorable to the defendant and material either to guilt or punishment; including but not limited to:

10. All information required by the Request for Evidence filed by the Defendant.

11. All evidence, notice of evidence, Bill of Particulars provided to Defendant's prior retained counsel.

Pursuant to Criminal Rule 12(E) the defendant hereby requests notice of the prosecuting attorney's intention to use evidence in chief at trial, which evidence the defendant is entitled to discover under Criminal Rule 16.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (#0089866)
3311 Perkins Avenue Suite 205
Cleveland, Ohio 44114
Office: 216-401-3167
kkc@kimlawcrimlaw.com

CERTIFICATE OF SERVICE

A true copy of the foregoing was served this 25th day of July, 2024 to all parties via the courts electronic filing system.

/s/ Kimberly Kendall
Counsel for Defendant