IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Case No. 1:24-cr-00248-BMB-1 |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| | ) | |
| PHILLIP HURT, | ) | **MOTION FOR EXTENSION OF** |
| Defendant | ) | **PLEA DEADLINE** |

Now comes the defendant, PHILLIP HURT, by and through undersigned counsel, and moves this Honorable Court, to extend the plea deadline. Undersigned filed a Demand for Discovery on the 25th day of July, 2024 and as of today the 19th of August, 2024 discovery has not been furnished. Accordingly, the defense respectfully requests this Honorable Court grant this motion to extend the plea deadline to allow appropriate time to review discovery before considering any changes in plea. This motion is not made for the purpose of delay.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (#0089866)
3311 Perkins Avenue Suite 205
Cleveland, Ohio 4411419
Office: 216-401-3167
kkc@kimlawcrimlaw.com

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 19th day of August, 2024 to all parties via the court's electronic filing system.

>*/s/ Kimberly Kendall*
>Counsel for Defendant