IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24CR248 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP HURT, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S MOTION FOR |
| Defendant. | ) | EXTENSION |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, Colleen Egan, Assistant United States Attorney, and hereby responds to defendant Phillip Hurt's Motion for Extension of Plea Deadline. (R. 21: Motion for Extension of Plea Deadline, PageID 74-5).  The government provided discovery to counsel in this matter on August 1, 2024 (See Exhibits 1 and 2) via the government's discovery platform, USAfx, and received confirmation that the discovery had been accepted.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:    /s/ Colleen Egan
    Colleen Egan (OH: 0083961)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3758
    (216) 522-7499 (facsimile)
    Colleen.Egan@usdoj.gov