| | |
|---|---|
| **From:** | Kimberly Kendall |
| **To:** | Egan, Colleen (USAOHN) |
| **Subject:** | [EXTERNAL] Kimberly Kendall has accepted the invitation to your "Discovery: Phillip Hurt" folder on Box |
| **Date:** | Thursday, August 1, 2024 12:41:18 PM |



## Kimberly Kendall accepted your invitation to:
## Discovery: Phillip Hurt
### Collaborated Folder

**View Folder**

Get our app to view this on mobile

© 2024  •  900 Jefferson Avenue, Redwood City, CA 94063, USA

About Box  •  Edit Notification Settings  •  Privacy Policy