(11) Collaborators for Discovery

/folder/278050194424/collaborators

Search Files and Folders

aborators in Discovery: Phillip Hurt

Filter Collaborators

| ne | Email Address | Permissions | Date Added |
|---|---|---|---|
| Colleen Egan | Colleen.Egan@usdoj.gov | Owner | Aug 1, 2024 |
| Kimberly Kendall | kkc.kimlawcrimlaw.com@esfs.us | Viewer Uploader | Aug 1, 2024 |