UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-CR-00248 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | **ENDS OF JUSTICE ORDER** |
| PHILLIP HURT, | ) | **PURSUANT TO THE SPEEDY** |
| | ) | **TRIAL ACT** |
| Defendant. | ) | |

This matter came before the Court on the unopposed motion of Defendant to continue (Doc. No. 21). The motion to continue is granted and the deadlines in this case are continued pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

As grounds for the continuance, and for the reasons set forth in the motion and on the record, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial because failure to grant such a continuance would deny defense counsel the reasonable time necessary to receive and review discovery, meet with Defendant, conduct any investigations, discuss plea negotiations, draft pre-trial motions, and prepare for trial, taking into account the exercise of due diligence.

In this case, an appropriate motion was filed by Defendant on August 19, 2024, and confirmed by counsel during the August 26, 2024 pretrial conference.

Being that this motion sets forth good cause, this ends of justice order and waiver of rights to a speedy trial is effective through November 29, 2024, and may be extended further by any period of delay set forth in or contemplated by 18 U.S.C. § 3161. The time period of the continuance implemented by this Order will be excluded under the Speedy Trial Act.

The new dates and deadlines are as follows: change of plea deadline is **November 1, 2024**; the Final Pretrial Conference is **November 5, 2024, at 9:00 a.m., in Courtroom 15B**; and the Jury Trial begins on **November 19, 2024, at 8:30 a.m., in Courtroom 15B**.

**IT IS SO ORDERED.**

Date: August 27, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE