IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:24-cr-00248-BMB-1 |
| Plaintiff, | : | |
| v. | : | JUDGE Bridget Meehan Brennan |
| PHILLIP HURT, | : | |
| Defendant. | : | **MOTION TO CONTINUE PRE-TRIAL DEADLINES** |

Now comes the Defendant, Phillip Hurt, by and through undersigned counsel, and herein respectfully moves this Honorable Court for an extension of the Pretrial Deadlines including the change of plea deadline in the instant case. Counsel for the Defendant is seeking additional discovery from the Government and understands such discovery requires additional information from the agents on the case. Accordingly, counsel will require additional time in which to receive and review the discovery materials and will need time to discuss such materials with the Defendant to determine whether any pretrial issues should be raised and if a mutual resolution should be requested. Accordingly, Defendant Phillip Hurt respectfully requests that the pretrial deadlines in the instant case be extended.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
3311 Perkins Ave., Suite 205,
Cleveland, Ohio 44114
Phone: (216) 401-3167
kkc@kimlawcrimlaw.com

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 22nd day of October 2024, via the courts electronic filing system.

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)