UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 24-CR-248 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | **ENDS OF JUSTICE ORDER** |
| PHILLIP HURT, | ) | **PURSUANT TO THE SPEEDY** |
| | ) | **TRIAL ACT** |
| Defendant. | ) | |

This matter came before the Court on the unopposed motion of Defendant Phillip Hurt to continue all dates and deadlines (Doc. No. 24). The motion is granted and the deadlines in this case are continued pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

As grounds for the continuance, and for the reasons set forth in the motion, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial because failure to grant such a continuance would deny defense counsel the reasonable time necessary to review discovery, meet with Mr. Hurt, conduct any investigations, discuss plea negotiations, and prepare for trial, taking into account the exercise of due diligence.

In this case, an appropriate motion has been filed and confirmed by defense counsel and Defendant during the October 29, 2024 pretrial conference.

Being that this motion is unopposed and sets forth good cause, this ends of justice order and waiver of rights to a speedy trial is effective through February 28, 2025, and may be extended further by any period of delay set forth in or contemplated by 18 U.S.C. § 3161. The

time period of the continuance implemented by this Order will be excluded under the Speedy Trial Act.

The new dates and deadlines are as follows: change of plea deadline is **January 9, 2025**; the Final Pretrial Conference is **January 14, 2025, at 12:00 p.m., in Courtroom 15B**; and the Jury Trial begins on **January 27, 2025, at 8:30 a.m., in Courtroom 15B**.

**IT IS SO ORDERED.**

Date: October 29, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE