IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:24-cr-00248-BMB-1 |
| Plaintiff, | : | |
| v. | : | JUDGE Bridget Meehan Brennan |
| PHILLIP HURT, | : | |
| Defendant. | : | **MOTION TO CONTINUE PLEA DEADLINE** |

Now comes the Defendant, Phillip Hurt, by and through undersigned counsel, and herein respectfully moves this Honorable Court for an extension of the change of plea deadline in the instant case. The change of plea deadline is currently the 9th of January 2025. Counsel for the Defendant and the government have been negotiating a plea. While an agreement has not been entered into at this time undersigned counsel has been diligently advocating for an agreeable resolution and continues to work together with the government to isolate an agreement. Accordingly, Defendant Phillip Hurt respectfully requests that the change of plea deadline in the instant case be extended.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
3311 Perkins Ave., Suite 205,
Cleveland, Ohio 44114
Phone: (216) 401-3167
kkc@kimlawcrimlaw.com

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 9th day of January 2025, via the courts electronic filing system.

>  */s/ Kimberly Kendall*
>  Kimberly Kendall (0089866)