IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:24-cr-00248-BMB-1 |
| Plaintiff, | : | |
| v. | : | JUDGE Bridget Meehan Brennan |
| PHILLIP HURT, | : | |
| Defendant. | : | **MOTION FOR FURLOUGH** |

Now comes the Defendant, Phillip Hurt, by and through undersigned counsel, and herein respectfully moves this Honorable Court to grant furlough to attend the funeral and burial for paternal grandfather, Robert Love Hurt. *Obituary information is attached*. The funeral services are scheduled for Sunday the 12th of January 2025 at Cleveland Church of Christ with visitation at 3:30 pm and the service at 4 pm. The burial will take place Monday the 13th of January 2025 at Evergreen Cemetery at 10am. Transportation can be arranged with the U.S. Marshals or whichever law enforcement agency this Honorable Court deems appropriate. Mr. Hurt would stay with his partner Ms. Destiny Evans, her address can be provided to the court and/or supervising officers. Defendant Phillip Hurt respectfully requests this Honorable Court grant this limited request for furlough to attend the final arrangements for defendant's grandfather.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
3311 Perkins Ave., Suite 205,
Cleveland, Ohio 44114
Phone: (216) 401-3167
Email kkc@kimlawcrimlaw.com



Cleveland Church of Christ 1035 E 105th Street, Cleveland, OH 44108

Evergreen Cemetery 5505 Northfield Rd, Bedford Heights, Ohio 44146

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 9th day of January 2025, via the courts electronic filing system.

>   */s/ Kimberly Kendall*
>   Kimberly Kendall (0089866)