IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:24-cr-00248-BMB-1 |
| Plaintiff, | : | |
| v. | : | JUDGE Bridget Meehan Brennan |
| PHILLIP HURT, | : | |
| Defendant. | : | **UNOPPOSED MOTION** |
| | : | **TO CONTINUE** |

Now comes the Defendant, Phillip Hurt, by and through undersigned counsel, and herein respectfully moves this Honorable Court for a continuance of the trial date and pretrial deadline. In light of the ongoing plea negotiations between the defense and the government undersigned counsel seeks to extend all pretrial deadlines and seeks a brief continuance of the trial date. Mr. Hurt respectfully requests that all pretrial deadlines and the trial date be continued.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
3311 Perkins Ave., Suite 205,
Cleveland, Ohio 44114
Phone: (216) 401-3167
kkc@kimlawcrimlaw.com

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 9th day of January 2025, via the courts electronic filing system.

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
