IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:24-cr-00248-BMB-1 |
| Plaintiff, | : | |
| v. | : | JUDGE Bridget Meehan Brennan |
| PHILLIP HURT, | : | |
| Defendant. | : | **MOTION FOR LEAVE TO FILE OBJECTIONS TO PSR** |

Now comes the Defendant, Phillip Hurt, by and through undersigned counsel, and herein respectfully moves this Honorable Court for leave to file defendant's objections to the Pre Sentence Report. Undersigned was engaged in trial in Cuyahoga County Court of Common Pleas Jury Trial on State v. Angelo Galindez CR-24-692190-A which began on the 31st of March, 2025 and concluded with a verdict today the 14th of April, 2025. Undersigned acknowledges the deadline to file has passed and therefore is requesting leave to file defendant's Objections to Pre Sentence Report.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
3311 Perkins Ave., Suite 205,
Cleveland, Ohio 44114
Phone: (216) 401-3167
kkc@kimlawcrimlaw.com

**CERTIFICATE OF SERVICE**

    A true copy of the foregoing was served this 14th day of April 2025, via the courts electronic filing system.

                                                       */s/ Kimberly Kendall*
                                                       Kimberly Kendall (0089866)