IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:24-cr-00248-BMB-1 |
| Plaintiff, | : | |
| v. | : | JUDGE Bridget Meehan Brennan |
| PHILLIP HURT, | : | |
| Defendant. | : | **NOTICE OF APPEAL** |
| | : | |

Now comes the appellant Phillip Hurt, by and through undersigned counsel, hereby gives notice of appeal from the final judgment entry of the Norther District of Ohio United States District Court entered on May 12, 2025.

Respectfully submitted,

*/s/ Kimberly Kendall*
Kimberly Kendall (0089866)
3311 Perkins Ave., Suite 205,
Cleveland, Ohio 44114
Phone: (216) 401-3167
kkc@kimlawcrimlaw.com

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served this 27th day of May 2025, via the courts electronic filing system.

> */s/ Kimberly Kendall*
> Kimberly Kendall (0089866)