No. 25-3403

**FILED**
Jul 25, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| PHILLIP HURT, ) | |
| ) | |
| Defendant-Appellant. ) | |

    The defendant appeals his criminal judgment, after a guilty plea, for attempted possession with intent to distribute fentanyl. Consistent with the court's policies, the clerk continued retained counsel, Kimberly Kendall Corral, on appeal. 6 Cir. R. 12(c)(1). Corral now moves to withdraw, suggesting that she is not retained for the appeal and that the defendant has not returned to her a motion for pauper status on appeal.

    Upon review, Corral's motion to withdraw is GRANTED, and she is RELIEVED from further responsibility on appeal. The defendant may retain new counsel. If he cannot afford an attorney and seeks appointed counsel, he may move the district court for leave to proceed on appeal in forma pauperis. The clerk will communicate with the defendant directly regarding the process for filing for pauper status in the district court.

                                      ENTERED PURSUANT TO RULE 45(a)
                                      RULES OF THE SIXTH CIRCUIT

                                      Kelly L. Stephens, Clerk