The Court grants the motion to proceed in forma pauperis
s/ Bridget Meehan Brennan
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

RECEIVED
AUG 08 2025
KELLY L. STEPHENS, Clerk

FILED
AUG -8 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
at Cleveland

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.                                  Case No: 1:24-cr-248

PHILLIP HURT,
    DEFENDANT.

## MOTION FOR PAUPER STATUS

    I move to waive the payment of the costs associated with appeal under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

    The issues which I wish to raise on appeal are:

Would like dispute Accountable Drug Quantity, Offense level vs indictment lawyer told me if i accept Plea Agreement would get 5 yrs level reduction for inchoate crime

I believe I am entitled to redress on these issues.

Signed: Phillip Hurt                       Date: 07-30-2025

Address: FCI Cumberland, Maryland 21501
P.O Box